IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NICOLE R. WISSMACH, individually and as SPECIAL ADMINISTRATOR of the ESTATE OF MATTHEW W. WISSMACH, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MIHM BROTHERS, INC., an Iowa corporation a/k/a MIHM BROS, INC.; and MIHM TRACTOR LEASING, INC., an Iowa corporation,, . | ) ) ) ) ) ) |
| Defendants. | ) ) |

3:22-cv-50427

Judge Iain D. Johnston

Magistrate Judge
Margaret J. Schneider

## **REPORT AND RECOMMENDATION**

This matter coming to be heard on Defendants, MIHM BROTHERS, INC. and MIHM TRACTOR LEASING, INC.'s Motion for Good Faith Finding and Dismissal [40], this Court recommends to the District Court that the Court make the following findings:

    1.    The settlement addressed in the Motion for Good Faith Finding and Dismissal was made in good faith as contemplated by the Illinois Joint Tortfeasor Contribution Act, and is reasonable and appropriate with no evidence of wrongful conduct, collusion, or fraud;

    2.    Any and all claims that were or could have been brought by Plaintiff, individually, as Administrator of the Estate of MATTHEW WISSMACH, Deceased, and as Guardian of the Minors' Estates of E.W., A.W., T.W., and M.W., against Defendants, MIHM BROTHERS, INC. and MIHM TRACTOR LEASING, INC., as well as all other MIHM entities and individuals related to any MIHM entity, including, MIHM INVESTMENTS, LLC; MIHM MARKETING CORP.; MIHM OIL INC.; S & C MIHM LEASING INC.; MIHM BROTHERS INC.; MIHM BROKERAGE, INC.; MIHM TRANSFER INC.; MIHM TRANSPORTATION COMPANY, SCOTT MIHM; CARY MIHM; and driver, PAUL KEASER, INDIVIDUALLY and AS AGENT OF ANY ENTITY, are dismissed with prejudice and without costs; all matters in controversy having been compromised and settled and all costs having been paid;

    3.    Any and all future actions/claims/Complaints for contribution against Defendants, MIHM BROTHERS, INC. and MIHM TRACTOR LEASING, INC., as well as all other MIHM entities and individuals related to any MIHM entity, including, MIHM INVESTMENTS, LLC;

MIHM MARKETING CORP.; MIHM OIL INC.; S & C MIHM LEASING INC.; MIHM BROTHERS INC.; MIHM BROKERAGE, INC.; MIHM TRANSFER INC.; MIHM TRANSPORTATION COMPANY, SCOTT MIHM; CARY MIHM; and driver, PAUL KEASER, INDIVIDUALLY and AS AGENT OF ANY ENTITY, pertaining to or in any way related to this litigation/the subject occurrence are also dismissed with prejudice, pursuant to the Good Faith finding herein; and

4. This Court need not make any additional findings related to the settlement addressed in the Motion for Good Faith Finding and Dismissal in light of those made in the Circuit Court of the Fifteenth Judicial Circuit, Ogle County, Illinois, which included its finding that the settlement was fair and reasonable in keeping with the Wrongful Death Act and its determination of the degrees of dependency of each of Decedent's heirs/next of kin under the Illinois' degree of dependency standard, in keeping with the Wrongful Death Act (740 ILCS 180/2(b)). *See In re Estate of Matthew Wissmach, Deceased,* Ogle County Circuit Court, Case No. 2021 P 84. *See also* [40-1].

Therefore, this Court recommends to the District Court that the Uncontested Motion for Good Faith Finding and Dismissal [40], be granted, settlement proposed by the parties be approved, and all claims against all Defendants be dismissed. Any objection to this Report and Recommendation is due by October 17, 2023. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date entered: October 3, 2023

_Margaret J. Schneider_
U.S. Magistrate Judge